AND NOW, this 29th day of May, 2013, the Application for Extraordinary Relief is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Warren McALILEY, Petitioner.

No. 36 EM 2013.

Supreme Court of Pennsylvania.

May 29, 2013.

### ORDER

PER CURIAM.

AND NOW, this 29th day of May, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Petitioner is directed to file his Petition for Allowance of Appeal within 30 days of this order.

COMMONWEALTH of Pennsylvania, Respondent

v.

Dorian PETERSON, Petitioner.

Supreme Court of Pennsylvania.

May 30, 2013.

### ORDER

PER CURIAM.

AND NOW, this 30th day of May 2013, the Supplemental Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the Petitioner's sentencing claim. Further, Superior Court's decision affirming the mandatory sentence of life without the possibility of parole is **VACATED**, and that the matter is **REMANDED** to the trial court for a new sentencing hearing pursuant to *Commonwealth v. Batts,* ——

Pa. ——, 66 A.3d 286, 2013 WL 1200252 (2013) to allow the trial court to consider the relevant factors as delineated in *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012).